UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| MaeLang Bradley,<br><br>                    Plaintiff,<br>  v.<br><br>Alliance One, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  2:10-cv-277 (KS) (MTP) |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 11, 2011

                                              Respectfully submitted,

                                              PLAINTIFF, MaeLang Bradley

                                              By  /s/ Mary Marshall Smythe

                                                Mary Marshall Smythe, Esq.
                                                77 West 85th Street, Apt. 6E
                                                New York, NY 10024
                                                Attorneys for Plaintiff

                                                Of Counsel To:

                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 11, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Mississippi Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By   /s/ Mary Marshall Smythe

              Mary Marshall Smythe