UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MaeLang Bradley, | : |
| | : |
| | : Civil Action No.: 2:10-cv-277 (KS) (MTP) |
| Plaintiff, | : |
| v. | : |
| | : |
| Alliance One, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

MaeLang Bradley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 4, 2011

Respectfully submitted,

By:  /s/ Mary Marshall Smythe

Mary Marshall Smythe, Esq. (Bar. No.: 27092)
77 West 85th Street, Apt. 6E
New York, NY 10024
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 4, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of Mississippi Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By <u>/s/ Mary Marshall Smythe</u>

              Mary Marshall Smythe